UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-cv-80513-JMH

DEBORAH NASH-UTTERBACK,

    Plaintiff,

vs.

SCHOOL BOARD OF PALM BEACH COUNTY,

    Defendant.
_____/

FILED by _____ D.C.

NOV 14 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## FINAL JUDGMENT

Pursuant to a jury verdict, it is **ORDERED** that DEBORAH NASH-UTTERBACK shall recover $75,000.00 from the SCHOOL BOARD OF PALM BEACH COUNTY with post-judgment interest as prescribed, for which let execution issue.

The Court reserves jurisdiction to award attorney's fees and costs. The Clerk of Court is **ORDERED** to **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 14 day of November, 2012.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE