```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                     Case No. 11-80513-CIV-HOPKINS
3
   DEBORAH NASH-UTTERBACK,        )
4                                 )
        PLAINTIFF,                )
5                                 )
        -v-                       )
6                                 )
   THE SCHOOL BOARD OF PALM       )
7  BEACH COUNTY, FLORIDA,         )
                                  )
8       DEFENDANT.                )   West Palm Beach, Florida
                                  )   July 20, 2012
9  _____)

10

11          TRANSCRIPT OF TESTIMONY OF PETER LICATA,

12              TAKEN AT THE JURY TRIAL PROCEEDINGS

13          BEFORE THE HONORABLE JAMES M. HOPKINS

14              UNITED STATES MAGISTRATE JUDGE

15

16  Appearances:

17  FOR THE PLAINTIFF         Isidro M. Garcia, ESQ.
                              The Garcia Law Firm, P.A.
18                            224 Datura Avenue, Suite 900
                              West Palm Beach, FL 33401
19
    FOR THE DEFENDANT         Shawntoyia N. Bernard, ESQ., and
20                            Vicki L. Evans-Pare', ESQ.
                              3300 Forest Hill Blvd, Suite C-323
21                            West Palm Beach, FL 33406

22  Reporter                  Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768             Official Court Reporter
23                            701 Clematis Street
                              West Palm Beach, Florida  33401
24                            E-mail:  SFranklinUSDC@aol.com

25
```

```
1    * * * * * * * * *
2              THE COURT:  You may call your next witness.
3              MS. EVANS-PARE':  The next witness is Peter Licata.
4              THE COURTROOM DEPUTY:  Please raise your right hand.
5               Peter B. Licata, Defense witness, sworn.
6              THE COURTROOM DEPUTY:  Please state your full name,
7    spell your last name for the record, please.
8              THE WITNESS:  Peter B. Licata, L-i-c-a-t-a.
9                     Direct Examination
10   BY MS. EVANS-PARE':
11   Q    Good morning, Mr. Licata.
12   A    Good morning.
13   Q    Can you give us a brief overview of your work history,
14   say, for the last 10 years for the School Board of Palm Beach
15   County?
16   A    Yes, I may.
17              I became an administrator, assistant principal of
18   Boca Raton Middle School.  I was promoted to principal.  I was
19   very successful there mostly because of my team.  Then moved
20   to Olympic Heights High School, where I was there for four
21   years, somewhat successful, as well.  Was promoted to director
22   of curriculum, secondary curriculum.  Then laterally moved to
23   area director, quality insurance.  Then promoted to assistant
24   superintendent last year, and as that position was dissolved
25   through new leadership, my responsibilities, pay grade,
```

```
 1   everything is the same, but it's now considered director.
 2   Q    Okay.  Now, when you moved from assistant principal to
 3   principal of Boca Middle, what year approximately was that?
 4   A    2002.
 5   Q    And who was in -- how did you get the job as principal of
 6   Boca Middle?
 7   A    I was an assistant principal there for a couple, three
 8   years, and we had been moving quite well academically.  The
 9   final -- my final year as an assistant principal there, the
10   principal's father got very ill multiple times in Missouri,
11   and then I was left to take over the school not as the
12   principal but as the person in charge for about four or five
13   months.  It went very well.  The staff rallied around me, and
14   he lost his father and decided to move and start anew and move
15   to a different location in Jupiter closer to his home in Hobe
16   Sound, and I applied for the Boca Raton Middle School job and
17   was fortunate enough to receive it as principal.
18   Q    And who was on the interview committee?
19   A    The interview committee was Harvey Goldstein, who was the
20   SAC chair, Judith Clinic, two teachers, LuAnn Hague and
21   Dessler (phonetic), I think, I think it was Ms. Dessler, and
22   Mark Stenner was in human resources at that time.  He's now
23   principal at West Boca.
24   Q    So Dr. Johnson wasn't on the interview panel?
25   A    No.
```

1  Q   And who made the determination to select you as the

2  candidate for the principalship at Boca Middle?

3  A   It was Judith Clinic, who was the director of south area.

4  And after I was called, Carol Shattler (phonetic), who was the

5  area superintendent, her boss, she called me and congratulated

6  me, as well, and said, this was not my decision.  I felt I was

7  too --

8          MR. GARCIA:  Objection, hearsay.

9          MS. EVANS-PARE':  She's an area superintendent, Your

10  Honor.

11          THE COURT:  I'm sorry?

12          MS. EVANS-PARE':  Ms. Shattler was an area

13  superintendent.  It's his statement by an officer of the -- as

14  the Court's ruled previously as the --

15          THE COURT:  Sustained.

16  BY MS. EVANS-PARE':

17  Q   You may answer.

18          THE COURT:  No, no, no, you may not answer.

19          MS. EVANS-PARE':  I'm sorry.  It's been a long three

20  days, Your Honor.

21          THE WITNESS:  Can you repeat the question?

22  BY MS. EVANS-PARE':

23  Q   I'm moving on to the next question.  You're not allowed to

24  answer that one.

25          Now, when did you welcome principal of Olympic

```
 1   Heights?

 2   A   I think it was 2006, which would be four years.

 3   Q   And how did you come to get that position?

 4   A   I was a teacher and a teacher on assignment, a

 5   pseudo-administrator back in the '90s at Olympic Heights High

 6   School before I became a true assistant principal, and I was

 7   successful at Boca Middle, went from a C to an A.  We were

 8   very successful.  We had the highest reading scores for our

 9   lowest 25 in the county.  Had some great teachers.  We were

10   able to really help some children.  And I received a -- I

11   received a call while doing the dishes one night, and I didn't

12   understand it because it kept breaking up and I almost hung up

13   on the person.

14           MR. GARCIA:  Objection, hearsay, relevance.

15           MS. EVANS-PARE':  He's laying a foundation, Your

16   Honor, for what he remembers and how he got this job.  He

17   hasn't testified as to what anybody told him.

18           MR. GARCIA:  It's irrelevant, Judge.

19           THE COURT:  I'll have to sustain the objection on

20   hearsay grounds.

21   BY MS. EVANS-PARE':

22   Q   Who told you that you were being -- had been selected or

23   appointed to the principalship at Olympic Heights?

24   A   Dr. Johnson, the superintendent who appointed high school

25   principals then.
```

```
 1   Q   Now, when you became the director after you left the
 2   principalship at Olympic Heights, how did you come to that
 3   position?
 4   A   I was at a meeting, a principals meeting, high school
 5   principals meeting, and we were discussing a transition of a
 6   new chief academic officer, Jeffrey Hernandez, and I was the
 7   incoming chair for the high school principals, and Dr. Johnson
 8   was at the meeting, and to quote what he said at that
 9   meeting --
10              MR. GARCIA:  Objection, hearsay, relevance.
11              THE COURT:  Sustained.
12              THE WITNESS:  I commented to Dr. Johnson --
13              THE COURT:  I sustained the objection, so you're not
14   permitted to answer.
15              THE WITNESS:  I didn't hear.
16              MS. EVANS-PARE':  You can't tell us what anybody said
17   outside of court.
18              THE WITNESS:  Okay.
19   BY MS. EVANS-PARE':
20   Q   How did you become -- did you apply for this director's
21   position?
22   A   No.
23   Q   Were you appointed to that position?
24   A   Yes.
25   Q   Who appointed you?
```

```
 1   A    Jeffrey Hernandez.

 2   Q    And who was he at the time?

 3   A    He was our chief academic officer.

 4   Q    And then from that -- how long were you in that position?

 5   A    One year.

 6   Q    And then you moved to area director?

 7   A    Of quality insurance, yes.

 8   Q    Okay.  And when did you make that transition?

 9   A    About a year.  I think it was somewhere around June, or

10   May, June, somewhere in there, almost 11 to 12 months after

11   being director of curriculum.

12   Q    So what year would that be?

13   A    2009-'10, school year '10.

14   Q    Okay.

15   A    Yeah.

16   Q    And how did you become the area director for quality

17   insurance?

18   A    There was leadership changes.  Jeffrey Hernandez was

19   exiting the district, and there was reorg. for the curriculum

20   department, and there was an opening for an area director, and

21   I was laterally moved to that position.

22   Q    Did you have the same responsibilities that you had before

23   as the director?

24   A    No.

25   Q    Different job description?
```

1    A    Different job description, yes.

2    Q    But same pay grade?

3    A    Oh, yes.

4    Q    Then how did you become the assistant superintendent of

5    career choice?

6    A    We had the transition from superintendent Dr. Johnson to

7    the interim superintendent, William Malone, and he changed the

8    org. chart and made it a flatter organization and felt that

9    charter and choice and all those deserved a department by

10   themselves and advertised for the position.  I applied for it,

11   interviewed for it and received it.

12   Q    So who selected you for that position?

13   A    William Malone.

14   Q    And then how did you become director of career and choice?

15   A    There was a leadership change from the interim to the

16   interim-interim and now the permanent superintendent, E. Wayne

17   Gent, and his organizational chart went from flat back to a

18   pyramid and left me with the same responsibilities but felt

19   that we had too many people reporting to the superintendent,

20   so he kept my -- changed my title, kept everything,

21   responsibilities the same, and now he's the leader.

22   Q    Okay.  Do you know the Plaintiff and her husband?

23   A    Yes.

24   Q    Do you know her son?

25   A    Yes.

```
1    Q    And how long have you known them?

2    A    Since about 2003.

3    Q    Were you friends with them?

4    A    Yes, very good friends.

5    Q    Are you currently friends with them?

6    A    No.

7    Q    Plaintiff has indicated that in July of 2005, that you

8    berated her about her activities with regard to charter

9    schools.  Is that true?

10   A    Absolutely not.

11   Q    Do you recall ever having a conversation with Plaintiff

12   about her charter school activities?

13   A    Yes, I remember specifically where the conversation was.

14   Q    And what do you specifically remember?

15   A    I was heading into a middle school boys' volleyball

16   playoff game, and we were discussing it, in which we won,

17   about charters, that I support her on what she's doing, felt

18   she was a very strong community ed. person.  She was actually

19   a very good community ed. person for me.  She did a lot of

20   great things for our school at that time, and I supported her

21   on her decision.  I felt she should have stayed, but she was

22   discussing it.

23   Q    And about what time do you think this occurred?

24   A    This was just before school was ending, because -- it had

25   to be around May of 2004.
```

```
 1   Q   Okay.

 2   A   2004, May of 2004.

 3   Q   Are you friends with Dr. Johnson?

 4   A   No.

 5   Q   Do you have personal conversations with him?

 6   A   I've had a handful of personal conversations with

 7   Dr. Johnson over the -- my 20-year career.

 8   Q   Have you ever disagreed with decisions that he's made?

 9   A   Yes.  That's what landed me the director's job of

10   curriculum.

11   Q   And did you consider that to be a demotion from moving

12   from a principal to the director of curriculum?

13   A   When I was called up to the office I felt it was, but it

14   wasn't, it was actually a promotion.

15   Q   Okay.  Now, how did you come to know the Plaintiff's son?

16   A   When I was at Boca Raton middle school I was the assistant

17   principal, sort of the lead assistant principal.  We had three

18   of them at the time, and our night school assistant

19   principal -- can I use names?

20   Q   Yes.

21   A   Pete Denanato (phonetic), the other Pete as he's called in

22   the district, was my nighttime AP, and had Shay Nash assisting

23   in the cafeteria to help monitor children, because we had such

24   a small cafeteria and it was so crowded, and when I arrived he

25   was in there as a part-time employee working for the community
```

1    school.

2    Q    And at some point did he become a teacher?

3    A    He handled himself very, very well with students.  Had a

4    great relationship and a rapport with the students.  He was I

5    think working on his master's at FAU at the time, and he did

6    have an undergraduate degree, and I think it was in physical

7    therapy or something doing with physical sports or something.

8    And I noticed that -- can I give my belief here?  That

9    relationship with students is more important sometimes than

10   knowledge of subject matter, and I noticed that Shay Nash had

11   a great relationship with students, and they listened to him.

12   And I asked him, I said, if you're looking for a career, you

13   may have found it.  I'd really like for you to teach here at

14   Boca Raton Middle, and I'll try and work you in as an

15   out-of-field teacher if we can, but I didn't need to.  He

16   became a science teacher because he was certified in it.

17   Q    So who hired Shay Nash to work at Boca Middle?

18   A    I did.

19   Q    How is staffing allocated at the schools?

20   A    Dysfunctionally.

21          As principals we get our budgets six, five months

22   before we actually get our students for the next year.  And

23   that creates hardships, because boundaries aren't completely

24   determined, and sometimes we have more teachers than we'll

25   really get for students.  The allocation is so many students

1    per teacher, and back then it was 29 students.  For every 29

2    students in the school you would get a teacher.  That since

3    has changed since we have classroom size reduction.

4             And our projections are from the budget department.

5    And no knock on the budget department, but they're not in

6    buildings seeing faces and understanding master schedules.

7    Q   So how does the -- how do they base -- strike that.

8             As a principal, do you -- as a principal, did you

9    know how that determination was made as to this budget

10   projection you got at the end of the year?

11   A   Yeah, it's projected on your boundaries, and it's out of

12   the real estate office.  And that year we had a new middle

13   school that was just opening, or had just opened.  And in

14   order to populate that new middle school they were creating

15   boundaries.  During that time also they didn't realize that

16   that new middle school got rid of their boundaries and became

17   a complete choice school, which over the summer then

18   reallocated students back to my school.

19   Q   So what time period are we talking about here?

20   A   Well, we get our budgets usually in February-March,

21   depending on where that FCAT is, because we didn't want to

22   deal with budget before FCAT.  It took us away from that.  And

23   we would start getting the numbers and registrations in in

24   June and July, as late as August.

25   Q   Well, let's go -- what year are you talking about where

```
 1    you're talking about this school that the --
 2  A    2003, 2004, 2005 the school was being built.
 3  Q    Did you ever excess Shay Nash?
 4  A    Yes.
 5  Q    And what does excessing mean?
 6  A    Excessing means that when you're allocated your budget --
 7    and I'll just use random numbers if it's okay.  If you have a
 8    hundred teachers and your budget comes in to where you only
 9    get 90 teachers the next year because of lost population, or
10    you could get 110 the next year for gain of population, you
11    have to excess your teachers by the end of the year per the
12    bargaining agreement, CTA bargaining agreement, which states
13    that teachers in that unit, bargaining unit, CTA, have to be
14    assigned a school when let known they are being excessed
15    before a certain date certain in the contract that year.  And
16    I think it's usually in May, mid May.
17  Q    Does the collective bargaining agreement indicate how you
18    choose which teachers are excessed?
19  A    Yes, there is a formula.  It's approved by the school
20    board and the bargaining unit.  It hasn't changed much, but
21    it's changed a little bit over the years.  But it is
22    seniority, mostly seniority.  There are exceptions from middle
23    school to high school, like coaches, athletic directors or
24    your band director.  Middle school there aren't too many
25    exceptions.  Lowest person last in, first out usually unless
```

```
 1    it's a special certification area.
 2    Q    Can you make an exception because of somebody's gender or
 3    race?
 4    A    No, no.  That was taken out back in the late '80s, early
 5    '90s.
 6    Q    Now, what happens when the teacher is excessed to their
 7    employment with the district?
 8    A    If they're under three years where they're not tenured
 9    employees or professional service contract employees, they
10    have a potential of not being hired to another school.  That's
11    not an obligation to the district to hire them.  Every effort
12    is made to, and rarely does someone not get placed.  If you're
13    over three years you automatically get a spot somewhere else
14    unless there's a massive layoff, which we haven't had in a
15    while.  But it is not common in that time, when we were
16    actually growing as a county, that teachers within the
17    three-year annual basis, annual contract basis, didn't get
18    placed.
19    Q    When you -- after you excessed Shay Nash from Boca Middle,
20    did you ever have an opportunity to give him a reference for
21    another job?
22    A    Yes.  Shay really wanted to be a PE teacher, and he was a
23    very good coach, basketball coach.  We played in many leagues
24    together.  He -- there was an opening at Olympic Heights, and
25    I called Ms. Perry, the principal there, and said you have a
```

```
 1    PE opening, and I know you have some, you know, JV freshman
 2    basketball coach openings.  I have the person, he's being
 3    excessed here, please hire him, he's wonderful, but I can't
 4    keep him because I'm losing teacher units.
 5    Q    The following year you said that sometimes the allocation
 6    changes when school starts.  How is that calculated?
 7    A    Well, like I said, dysfunctional when we calculate
 8    budgets, because budget department tells us how many teachers.
 9    But two weeks into school or something called the 11-day count
10    is when we actually count how many students are sitting in a
11    seat.  And at that year we were over our projection, so I was
12    able to get my teachers back.  Unfortunately, some of them
13    were already hired in other places, so you have to hire new.
14    Q    So there's an opportunity for a teacher who's been
15    excessed to go back to the school from whence they came if the
16    allocation 11-day count is different?
17    A    No.  Once they're placed in the school, it is rare that a
18    principal will release them.
19    Q    Okay.  So if, as in this case, Mr. Nash, you said, was
20    hired by Kathy Perry, she would have had to release him to
21    send him back to Boca Middle?
22    A    That's correct.
23    Q    Okay.  Were you moved to Olympic Heights to supervise Shay
24    Nash?
25    A    No, I was moved to Olympic Heights because I had a great
```

1    familiarity with the school, the community, and the area was

2    very vocal in wanting me back.

3              MR. GARCIA:  Objection, hearsay, move to strike.

4              THE COURT:  Overruled.

5              THE WITNESS:  And it was a very good fit since I knew

6    most of the faculty there, and I knew the facility very well,

7    and it was always a process in this district under

8    Dr. Johnson's leadership that when you were successful as a

9    middle school principal, you were moved to a high school

10   principal when the opportunity existed.

11   BY MS. EVANS-PARE':

12   Q    Now, when you were principal of Olympic Heights, did you

13   ever excess Shay Nash from that position?

14   A    Yes, I did.

15   Q    And why did you do it that time?

16   A    Very similar to the middle school that was opening.  We

17   had a brand new school out west called West Boca that had

18   opened a year or two prior, and it was the new nice big

19   school, and a lot of the community members felt it in favor to

20   go to that school, and Olympic Heights went from a

21   2800-student body to 19, then to 17.  My first year we went

22   from 17 down to 1380, and I think I lost many teachers.  So I

23   had to continue to excess teachers over that time.  And,

24   again, seniority, certification areas play a part in how you

25   excess.

```
 1   Q    When you got to the 11-day count after you excessed Shay
 2   Nash, were the numbers what the budget had projected, or did
 3   they go up, or do you recall?
 4   A    I recall simply because my job at Olympic Heights was to
 5   reinvigorate a school that was very prominent and successful,
 6   never an A, back to that, and it had lost its flavor of that.
 7   And through a lot of marketing, a lot of -- I felt like I was
 8   a marketer rather than a principal at times -- I was able to
 9   continue to increase the enrollment after my first year.  When
10   we were down to 1380 after my first year, I was able to build
11   it back up to 1900 before I left, which was, I consider, a
12   good feat.
13   Q    Now, were you aware of Plaintiff's activities with charter
14   schools?
15   A    Yes, somewhat.  Wasn't -- I just was aware of them.  It
16   wasn't a step blockade or it wasn't a real focal point of
17   anything.
18   Q    Okay.  Did you ever hear the superintendent speak
19   negatively about -- I mean by superintendents, because we've
20   had a few that you've mentioned, Superintendent Johnson, did
21   you ever hear him speak negatively about the Plaintiff?
22   A    About the Plaintiff?  No.
23   Q    Deborah Nash?
24   A    No, never.
25   Q    Did you ever hear him speak negatively about James
```

```
 1    Utterback?

 2    A    No.

 3    Q    Shay Nash?

 4    A    No.

 5    Q    Did you ever hear about anyone planning to take action

 6    against the Plaintiff for her charter school activities?

 7    A    Absolutely not.

 8    Q    Were you aware that she had attempted to acquire J.C.

 9    Mitchell for her charter school prior to this lawsuit?

10    A    If you tell me that now, yes, because I was asked if there

11    is space on Olympic Heights' campus for potential charter

12    schools.  And it wasn't specific to any one charter school

13    that wanted to open, but after an evaluation of our campus it

14    was determined we were growing after the first year and that

15    it would be not in the best interest to have elementary or

16    smaller children on our campus for high school students.  And

17    I know they were looking at some schools in the area.  That's

18    it.

19    Q    But you have no personal knowledge about any of her

20    activities with regard to J.C. Mitchell?

21    A    Oh, no, no, absolutely not.

22    Q    Were you aware of whether she testified at any DOE

23    hearings against the district prior to this lawsuit?

24    A    No, no.

25    Q    Did you excess Shay Nash to retaliate against the
```

```
 1   Plaintiff?

 2   A    No.   I excessed Shay Nash because I have to follow the CTA

 3   bargaining agreement.

 4            MS. EVANS-PARE':  Thank you.  I have no further

 5   questions.

 6            THE COURT:  Cross?

 7                      Cross-examination

 8   BY MR. GARCIA:

 9   Q    How did you inform Shay Nash that he was being excessed at

10   Boca Middle?

11   A    Can you repeat the question?

12   Q    How did you inform Shay Nash that he was being excessed at

13   Boca Middle?

14   A    Like I do with almost every teacher, I call them in and

15   say, listen, we're losing numbers.  You're one of the last

16   people we hired, so I have to move you, but I'm going to try

17   and help you get another job.  And I think he might have been

18   in the office.

19   Q    So, in other words, you told him verbally, correct?

20   A    Yes, absolutely.

21   Q    Okay.  That was my question actually.

22   A    Okay.

23   Q    Did you -- strike that.

24            Did you actually lose enrollment at Boca Middle?

25   A    The budget projection was lower --
```

```
1    Q    No, no, my question is very specific.  Did you actually

2    lose or gain enrollment at Boca Middle?

3    A    What year?

4    Q    The year that we've been talking about, the year that you

5    excessed Shay Nash.

6    A    We actually gained or we were probably right about the

7    same.  I would say within 20 above.

8    Q    You gained more than 40 students, is that true, sir?

9    A    Okay.  Forty?  Is that the number?  Yeah.

10   Q    Okay.  So you didn't stay about the same, you didn't gain

11   about 20, you gained at least 40 students.

12        MS. EVANS-PARE':  Objection, argumentative, asked and

13   answered.

14        THE COURT:  Overruled.

15        THE WITNESS:  Forty could be absolutely correct.

16   BY MR. GARCIA:

17   Q    And what was the year that you excessed Shay at Boca

18   Middle, sir?

19   A    2004, 2005.

20   Q    Was it in 2004 or 2005?

21   A    It's difficult to, say because as school years, we always

22   count the year ahead of us as a school year.  It confuses

23   general population people when we use one year because school

24   year goes over two years.

25   Q    Okay.  I just want to know --
```

```
 1              THE COURT:  He was still answering.

 2              THE WITNESS:  If you look at school starts in August

 3    of one year and ends in June of the next.  So when I say

 4    2004-2005 it creates confusion amongst the community.

 5    BY MR. GARCIA:

 6    Q    Okay.  Well, I'm not asking you to create confusion, I

 7    just simply want to know when --

 8              THE COURT:  Mr. Garcia, that's a statement, and

 9    you're going to have to refrain from making statements.  Just

10    ask questions.

11    BY MR. GARCIA:

12    Q    Just simply tell us, sir, when you informed Shay Nash he

13    was being excessed.

14    A    I would -- to the best of my ability and memorization of

15    this, it was May of 2004.

16    Q    That was at Boca Middle?

17    A    Boca Raton Community Middle School.

18    Q    And was Deborah Nash-Utterback an assistant principal at

19    your school at that time?

20    A    I'm pretty sure she was.

21    Q    And she has testified that they were -- and he was a

22    science teacher, correct?

23    A    Sixth grade science teacher.

24              THE COURT:  Each of you are going to have to wait

25    until the other is finished.  That is, Mr. Garcia, you're
```

```
 1    going to have to wait 'til the answer is finished.  You know,

 2    you have a habit of jumping on the answers too quickly.  And

 3    Mr. Licata, you're going to have to wait until he's finished

 4    with his question to -- fully finished with his question.

 5              THE WITNESS:  I apologize.

 6              THE COURT:  That's quite all right.

 7              Go ahead.

 8    BY MR. GARCIA:

 9    Q    All right.  So Shay Nash was certified as a science

10    teacher and was a sixth grade science teacher at Boca Raton

11    Middle when you excessed him in May of 2004?

12    A    Yes.

13    Q    You mentioned he had a physical education degree.  Did he

14    not have an economics degree from the University of Florida?

15    A    He may well have.

16    Q    Now, Ms. Nash-Utterback testified that she was an AP at

17    your school and that she was introduced to two new science

18    teachers, brand new, first year, with no seniority whatsoever,

19    after you excessed her son.  Did you hire two new science

20    teachers after you excessed Shay Nash from Boca Raton Middle?

21    A    Yes, I did.

22    Q    Yes, you did.

23              And they had no seniority with the district; is that

24    correct?

25    A    They had no seniority with the district.
```

```
 1    Q    They had never worked for the district?

 2    A    No, they were filling a position.

 3    Q    In fact, they were spanking brand new teachers with no

 4    experience anywhere; is that true?

 5              MS. EVANS-PARE':  Objection, argumentative.

 6              THE COURT:  Overruled.

 7    BY MR. GARCIA:

 8    Q    That means you can answer, sir.

 9    A    Can you define what you mean "spanking"?

10    Q    I'll withdraw it.

11              Let me show you, sir --

12              MR. GARCIA:  If I may approach, Your Honor?

13              THE COURT:  You may.

14              MR. GARCIA:  I have a copy for defense counsel, a

15    copy of Plaintiff's exhibit 92.  These are enrollment figures.

16              MS. EVANS-PARE':  Objection, Your Honor.  Sidebar.

17              THE WITNESS:  Does that mean I can't look at it?

18              THE COURT:  You can keep it there.

19         (The following proceedings were held at sidebar:)

20              MS. EVANS-PARE':  The document he's attempting to I

21    guess admit or have the witness testify to is a DOE membership

22    survey by race for school year.  Race is not an issue in this

23    case, Your Honor.  He's already testified that the school did

24    increase enrollment, and all that they're talking about here

25    is the race of the students, which is the Shay Nash case about
```

```
 1    race.

 2              THE COURT:  Okay.

 3              MR. GARCIA:  This document, Judge, includes the total

 4    enrollment for the school.  What I have done is shown -- what

 5    this document shows is the total enrollment when they excessed

 6    Shay Nash was 1142.  The total enrollment, he had to hire two

 7    new science teachers was 1187.  So it had actually increased

 8    by 45.  And I want to do that not only for this school, I want

 9    to show that the total enrollment increased at Olympic

10    Heights, as well, the following year, when he excessed him

11    allegedly due to loss of enrollment.  So this goes directly to

12    his credibility as to this stated reason for Shay Nash's being

13    excessed.

14              THE COURT:  Do you want to introduce this document

15    into evidence?

16              MR. GARCIA:  Yes, I do.  And I will re-call my client

17    if he doesn't -- I think he knows what these records are.

18    They were used in his deposition from the Shay Nash case.  So

19    I think he's very familiar with these.

20              MS. EVANS-PARE':  Your Honor, it's improper

21    impeachment.  The witness has already testified that the

22    enrollment increased on the 11-day count when school started

23    the following year.  He even agreed with counsel when he said

24    the number was probably around 40.  This is improper

25    impeachment.
```

```
1              MR. GARCIA:  I'm entitled to have this document put
2    into evidence, Judge, to show the jury that objective
3    statistics from the Florida Department of Education
4    demonstrated that the reason he gave Shay Nash for excessing
5    was false and a lie, that his enrollment actually increased
6    both times, and he had to hire replacement teachers to make up
7    for that increase in enrollment.
8              THE COURT:  He's already testified that the
9    enrollment increased.
10             MR. GARCIA:  But he testified initially on direct
11   that he excessed him due to a loss of enrollment.
12             MS. EVANS-PARE':  Based on projections that are made
13   at the end of the school year prior.  This number right here
14   is from August of 2003, which is the 11-day count, which is
15   what he's testified to.  And then when you get to the next
16   number that you want to admit is from August 1st of 2004.
17   You're talking about the 11-day counts from DOE.
18             MR. GARCIA:  Judge, they have introduced no evidence
19   and have no evidence that there was any projected loss for
20   each of these schools.  He has not --
21             THE COURT:  He's testified about it.
22             MR. GARCIA:  He's testified that he claims that there
23   was a projection, but we haven't seen any objective proof.
24             THE COURT:  But that's evidence.
25             MR. GARCIA:  I'm entitled --
```

```
 1          THE COURT:  His statement is evidence.  This isn't to
 2   the contrary.
 3          MR. GARCIA:  I think it is, Judge, because the
 4   enrollment that he's relying upon, we're talking about this is
 5   the beginning of the year, August 1st, 2003.  He laid off
 6   Mr. Nash in May of 2004.  The enrollment figures for three
 7   months later show an increase in enrollment for both schools;
 8   three months.  We're not talking about a year later, we're
 9   talking about three months later there's an increase of some
10   more than 40 --
11          THE COURT:  But that still doesn't get to the point
12   of projections; is that right?
13          MS. EVANS-PARE':  Your Honor, if I may, this is
14   August 1st of 2003.  The next one is August 1st of 2004.  It
15   is a year apart.
16          MR. GARCIA:  No, but he laid him off in May of 2004,
17   three months from that date.
18          MS. EVANS-PARE':  Right.  It's at the end of a school
19   year when they're making an estimate for what they think the
20   beginning of the school year will be.  Those numbers are the
21   hard counts.
22          MR. GARCIA:  He said those numbers came out six
23   months before, Judge, not at the end of the school year.  The
24   end of the school year --
25          THE COURT:  So these still aren't the projections.
```

```
 1   He's already testified consistently with this that the actual
 2   numbers did go up.  This is not impeachment.
 3             MR. GARCIA:  All right.  I'll just use it in case
 4   he -- I'll use it in other factor -- I still want to proffer
 5   it.
 6             THE COURT:  I'm sorry?
 7             MR. GARCIA:  I still want to make it a part of the
 8   record, Judge, that the Court is excluding this document,
 9   right?
10             THE COURT:  I am.
11             MR. GARCIA:  I can't introduce it into evidence.
12             THE COURT:  What do you want to call it?
13             MR. GARCIA:  Exhibit number 92, and the other one I
14   believe is 94.  Plaintiff's 92 and 94.
15             THE COURT:  Plaintiff's 92 and 94.  Very well.
16        (Sidebar conference concluded.)
17             THE COURT:  Counsel, do you want to approach again?
18             THE COURTROOM DEPUTY:  We don't need you, Stephen.
19        (Sidebar conference held off the record.)
20   BY MR. GARCIA:
21   Q   Mr. Licata, so we've established that your enrollment at
22   Boca Middle actually went up, and you had to hire two more
23   science teachers, correct?
24             MS. EVANS-PARE':  Objection, asked and answered.
25             THE COURT:  Overruled.
```

```
 1   BY MR. GARCIA:

 2   Q    Is that correct?

 3   A    Yes.

 4   Q    Now, before you went about hiring these two new science

 5   teachers, did you happen to pick up the telephone and call

 6   Mr. Nash and say, guess what, you're in luck, our enrollment

 7   went up by more than 40, come on back?

 8   A    I did not.  I don't make it a practice to try and get

 9   teachers back.

10   Q    Okay.  So you excessed him for your claim that you --

11   there were projections that enrollment would decrease at Boca

12   Raton Middle, correct?

13   A    It's not my claim.  It was a budgetary allocation.

14   Q    By the way, do you have any documentary proof that that

15   was the budgetary projection?

16         MS. EVANS-PARE':  Objection, Your Honor.  The

17   Plaintiff (sic) isn't here to provide documents, he's here to

18   provide testimony.

19         THE COURT:  Overruled.

20   BY MR. GARCIA:

21   Q    Do you have any documentary proof that there was a

22   projection by the school board, the school district, whatever

23   department you named earlier, that enrollment was going to

24   decrease at Boca Raton Middle 2004?

25   A    I don't have any documents.
```

```
 1    Q    You don't have any documents.
 2             THE COURT:  Mr. Garcia, that's a statement you just
 3    made.
 4             MR. GARCIA:  I apologize, Judge.
 5             THE COURT:  I've repeatedly admonished you about
 6    that.  Don't do it again.
 7             MR. GARCIA:  Yes, sir.
 8    BY MR. GARCIA:
 9    Q    Now, at Olympic Heights High School, he did find a job
10    there at some point before you got to Olympic Heights; is that
11    correct?
12    A    Yes, he was there.
13    Q    Do you know who was the principal in charge when he was
14    hired?
15    A    Kathy Perry.
16    Q    All right.  And do you know what year he was hired?
17    A    He was hired there probably the year before I arrived.  I
18    arrived in 2006.  I think it was the 2004-2005 year, if I'm
19    not mistaken.
20    Q    And what position was he hired for?
21    A    He was hired as a physical education teacher, and I think
22    he was also coaching basketball like he really wanted to do.
23    Q    Do you know what -- JV, or varsity, or both?
24             MS. EVANS-PARE':  Objection, relevance.
25             THE COURT:  Overruled.
```

```
1              THE WITNESS:  JV.  I think it was JV.  Yes, I think
2    it was JV.
3    BY MR. GARCIA:
4    Q    Then you arrived at Olympic Heights in what year?
5    A    2006.
6    Q    So he had already been there for --
7    A    A year.
8    Q    One year.
9              And when you arrived at Olympic Heights High School
10   in 2006, I assume it was like the summer of 2006?
11   A    It was about two weeks prior to the school year.
12   Q    Shay Nash was removed from his position as a basketball
13   coach; is that correct?
14   A    Negative.  No.
15   Q    Was he ever removed from his position as a basketball
16   coach?
17   A    When he was excessed as a teacher, we had discussed
18   whether he'd return as a JV basketball coach.
19   Q    Wasn't there a time during his tenure where he was removed
20   as a basketball coach during your tenure at Olympic Heights,
21   and he continued on as a Phys-Ed teacher and began coaching
22   the track team?
23   A    No, he was always the basketball coach.
24   Q    He never coached the track team?
25   A    He coached the track team, yes, but he never stopped --
```

```
 1    you asked two questions within there.  And, no, he never

 2    stopped his service as a JV basketball coach, because I loved

 3    the way he coached and his style that he had his kids play.

 4    Q    Was he also a track coach?

 5    A    Yes.  I had asked him if he could coach track, because I

 6    would have to lose him.  And I spoke earlier of the contract.

 7    One of the things is head coaches aren't apt to be --

 8         MS. BERNARD:  I'm sorry, Your Honor.  He's answered

 9    my question.  I asked him if he was ever a track coach.  It

10    called for a yes or no answer.  He answered "yes", and I

11    object to the explanation.

12         THE COURT:  Sustained.

13         THE WITNESS:  Okay.

14  BY MR. GARCIA:

15    Q    Was he a track coach when you arrived at Olympic Heights?

16    A    No.

17    Q    Did you ever remove him from his position as a track

18    coach?

19    A    The athletic director removed him from that.

20    Q    That was after you arrived as the principal?

21    A    I was there for two years, yes.

22    Q    And what -- was he the head track coach?

23    A    He was the head boys' coach, if I'm not mistaken, yes.

24    Q    The athletic director had the authority to make that

25    decision independently of you, or did you have to approve that
```

```
1    decision?

2    A   On the less focused sports, track would be one of them,

3    she would make recommendations.  She would run them by me,

4    yes.

5    Q   And you approved the decision to terminate him as a track

6    coach; is that correct?

7    A   I had found out that she wanted him removed, and I said,

8    yes, you have to do what you need to do.

9    Q   So the answer is, yes, you did approve that decision?

10   A   Yes.

11   Q   Thank you.

12           Now, when did you excess Shay Nash from his position

13   at Olympic Heights?

14   A   2007.

15   Q   What month of 2007?

16   A   May.

17   Q   And did you inform Shay Nash the same way, that he was

18   being excessed, as you did at Boca Middle in May of 2004?

19   A   Yes.

20   Q   So now you had excessed him from two schools within three

21   years?

22   A   Yes.

23   Q   And did you use the same excuse that you had used at Boca

24   Middle; that is, that the enrollment was going down at Olympic

25   Heights?
```

1    A    He was actually moved from PE to science.

2         MR. GARCIA:  Move to strike as nonresponsive, Judge.

3    I asked him if he used the same excuse that the enrollment at

4    Olympic Heights was decreasing, the same excuse he had used at

5    Boca Raton Middle.

6         MS. EVANS-PARE':  Objection, argumentative.

7         MR. GARCIA:  It's a yes or no answer.

8         THE COURT:  I'm going to sustain the objection for

9    argumentativeness as to the form of the question.

10   BY MR. GARCIA:

11   Q    Let me ask you, did you tell Shay Nash that he was being

12   excessed at Olympic Heights due to a decrease in enrollment?

13   Yes or no.

14   A    Yes.

15   Q    That was the same reason you had provided to him in May of

16   2004 at Boca Raton Middle; is that correct?

17   A    Yes.

18   Q    And you knew that Shay Nash had career aspirations to

19   become, and continue to be, and someday retire as a high

20   school coach, is that not true?

21   A    No.

22   Q    The enrollment at Olympic Heights High School actually

23   increased the following year; isn't that true?

24   A    Yes.

25   Q    Do you know what the numbers were?

```
 1    A    I don't know the exact numbers, but I was very happy that
 2    we increased.
 3    Q    All right.  And when you laid him off in May 2007 --
 4              MR. KUBLER:  Objection, misconstruing the testimony
 5    of the witness, Your Honor.
 6              MR. GARCIA:  Excess.  I'm sorry, Your Honor.  I
 7    didn't use the school board lingo, Judge.  I'll rephrase.
 8    BY MR. GARCIA:
 9    Q    When you excessed him in May of 2007, your enrollment
10    increased in August of 2007, about three months later; is that
11    correct?
12    A    Yeah.  I'm pretty sure, yes.
13    Q    Now, the students that Shay Nash was coaching learned of
14    your decision at some point in time; is that true?
15              MS. EVANS-PARE':  Objection, Your Honor.  I think we
16    need a sidebar on this.
17         (The following proceedings were held at sidebar:)
18              MS. EVANS-PARE':  Plaintiff is attempting to elicit
19    information specifically related to Shay Nash's complaints of
20    First Amendment that were in the complaint, in the case, that
21    we've been prohibited from talking about.
22              MR. GARCIA:  Judge, I'm just going into the facts of
23    what happened at Olympic Heights when the students and the
24    student athletes that he coached learned of Shay Nash's
25    excessing, they started wearing a shirt, a black shirt with
```

```
 1    gold letters that said:  "Why Nash?"  The principal saw them
 2    in the hall, Mr. Licata saw them in the hallway, brought Shay
 3    Nash in, berated him, told him those students had to stop
 4    wearing that t-shirt, and that's when Shay Nash left his
 5    employment with the Olympic Heights before the period that
 6    they've been talking about.
 7              That's very relevant to the First Amendment claim of
 8    whether or not he had any type of animus towards the Nash
 9    family, and specifically Shay Nash.  Shay Nash could not
10    control what his students did on their own, and it was a form
11    of expression that he was retaliated against.  These students
12    were unhappy Shay Nash was being excessed by this principal,
13    and he retaliated against Mr. Nash by berating him for the
14    students' conduct.
15              I think it's highly relevant to this case, and it
16    goes also to his credibility that he's supported Shay Nash, he
17    tried to continue to employ him in another capacity.  All of
18    that is fair grounds for impeachment in light of his direct
19    testimony about what wonderful things he's done for the Nash
20    family.
21              MS. EVANS-PARE':  Your Honor, Plaintiff's counsel is
22    misconstruing the situation, first.  The students were
23    creating protests on the campus because Mr. Nash was getting
24    them all into his personal employment issues, which is a
25    violation of school board policy, it's a violation of the code
```

1   of ethics and the principal professional conduct for educators

2   as set forth in the state Board of Education rules.  If he

3   wants to open this door, Your Honor, we should be permitted to

4   talk about all the complaints that Shay Nash made and all of

5   the other reasons.  The decision was made to excess him prior

6   to that issue.  He got the students all excited, and

7   Mr. Licata was simply trying to control his campus.

8           This is allowable under the law.

9           MR. GARCIA:  That's your version of the events.  Our

10  version is that Mr. Nash didn't do anything to get his

11  students all riled up.  Mr. Licata tried to pressure Shay

12  Nash.

13          THE COURT:  This is all after the fact, isn't it?

14          MR. GARCIA:  It's after the fact, Judge, but it's

15  still retaliation for -- against the Nash family.  This

16  explains why Nash left his position before the end of the

17  school year.

18          THE COURT:  But it's not part of the complaint.  It's

19  after the fact.

20          MR. GARCIA:  But it also goes to his credibility

21  about the wonderful things he did for Shay Nash and what a

22  wonderful relationship he had with the Nash family.

23          THE COURT:  He said it soured at some point.

24          MR. GARCIA:  Well, it soured after that point, yes,

25  after he ran Shay Nash off.

```
 1              THE COURT:  I assume it soured before -- when did it
 2      sour, before the berating or after the berating?
 3              MR. GARCIA:  With Shay Nash it soured the first time
 4      he excessed him, but definitely soured after he did it three
 5      years later.
 6              THE COURT:  It's not inconsistent with his testimony,
 7      then, so I'm not going to allow it.
 8          (Sidebar conference concluded.)
 9      BY MR. GARCIA:
10       Q   Mr. Licata, you testified earlier that you have traveled
11      with Ms. Nash-Utterback?
12       A   And her husband, yes.
13       Q   Isn't it true, sir, that the only time that you traveled
14      was when she was going to a conference on community education
15      in New Orleans, and you asked her to pay out of her --
16              MS. EVANS-PARE':  Objection, improper impeachment,
17      Your Honor.
18      BY MR. GARCIA:
19       Q   -- pocket for your travel.
20              MR. GARCIA:  He said he traveled with her, Judge.
21      I'm allowed to find out --
22              THE COURT:  I'll allow limited inquiry.
23              THE WITNESS:  Can you repeat the question, please?
24      BY MR. GARCIA:
25       Q   I'll be happy to.
```

```
1              Isn't it true that the only time that you traveled
2    with Deborah Nash-Utterback and her husband was when she was
3    attending a conference on community education, and you asked
4    that she pay for your expenses out of her community education
5    budget so that you could travel to New Orleans, and you took
6    your wife with you?
7    A   No.  I traveled twice with Deborah Nash; once to San
8    Diego.
9              THE COURT:  The simple answer to that question is
10   "no".
11             THE WITNESS:  No.
12             THE COURT:  And let me just explain it for a moment.
13             He asked you a question, isn't it true, and it really
14   calls for a yes or no answer.  You were about to give your
15   explanation, but he didn't ask you for the explanation, and if
16   the other attorney wants to ask you for the explanation or if
17   this attorney wants to ask you for the explanation, they will.
18             Okay.  You may continue.
19             THE WITNESS:  All right.  No.
20   BY MR. GARCIA:
21   Q   Did you travel to a community education conference in New
22   Orleans with Deborah Nash-Utterback?
23   A   Yes.
24   Q   Did you demand that she pay out of her community education
25   budget for your expenses?
```

```
 1    A    No.

 2    Q    Did you ask her to do it?

 3    A    It's a difficult question to ask, because I was the

 4    principal.  It's my budget.

 5              THE COURT:  Well . . .

 6              THE WITNESS:  No.

 7  BY MR. GARCIA:

 8    Q    Who paid for your travel expenses, sir?

 9    A    1492 account number.

10    Q    Is that the school board?

11    A    That's the school's account.  We have several different

12    budget lines.

13    Q    Okay.  So Deborah Nash-Utterback was going to a conference

14    on community education.  Which, community education I think

15    means night school, I think we've called it, adult education.

16    A    Or could be after-school, as well, for after-school

17    students for daytime.

18    Q    That was her field at the time, correct?  And still is to

19    this day.

20    A    Yes, yes.  Oh, yes.

21    Q    And she was going to a conference in New Orleans, and

22    you -- did she control the community budget?

23    A    She was the manager of it.

24    Q    And did you approach her about the idea of you going on

25    this trip to New Orleans?
```

```
 1    A    No.

 2    Q    No, you didn't approach her?

 3    A    No, it was a discussion amongst us.

 4    Q    Okay.  So did you talk to her about it?

 5    A    Her and I collaborated on it, yes.

 6    Q    Who approached whom?

 7    A    I -- under oath I couldn't give you an honest answer on

 8  that.  I don't know.

 9    Q    So you may have approached her?

10    A    I may or may not.  I don't know.  I wouldn't . . .

11    Q    And you may have asked her to pay for your expenses out of

12  her community education budget that she was the manager of; is

13  that correct?

14    A    Certainly as an adult ed. trip.

15    Q    And you took your wife with you?

16    A    Yes.

17    Q    Was that paid out of the community education budget?

18    A    No.

19    Q    Do you recall attending a restaurant in New Orleans with

20  Mr. and Mrs. Nash-Utterback?

21           MS. EVANS-PARE':  Objection, relevance, Your Honor.

22           MR. GARCIA:  I'll tie in the relevance in a moment,

23  Judge.

24           THE COURT:  Okay.  Go ahead.

25  BY MR. GARCIA:
```

```
 1    Q    Emeril's?

 2    A    Yes.

 3    Q    And did you claim at the time that you had not brought

 4    your credit card and asked --

 5              MS. EVANS-PARE':  Objection, relevance, Your Honor.

 6              THE COURT:  Sustained.

 7    BY MR. GARCIA:

 8    Q    Can you tell us who paid for the dinner?

 9    A    I can't.

10              THE COURT:  I sustained the objection.  No more

11    inquiry into this area, counselor.

12    BY MR. GARCIA:

13    Q    I wasn't clear about your career moves that you testified

14    earlier, so I'm going to ask you a few follow-up questions on

15    that.

16              Your first year at the district was when?

17    A    First year as district employee or at school district

18    headquarters?

19    Q    As a district employee.

20    A    1993, '94.  '94, August.

21    Q    You mentioned several appointments or promotions that

22    Dr. Johnson was involved in.  Can you just tell me which

23    promotions Dr. Johnson recommended you to the Board of

24    Superintendents?

25    A    The superintendent has to recommend all appointments.
```

```
 1    Directly was the move from Boca Middle to Olympic Heights High
 2    School.
 3    Q    That was the only one he recommended you for?
 4    A    He recommends them all under the -- it's part of our
 5    policy that whoever the superintendent is, they have to
 6    recommend any placements to the board in minutes and approved
 7    by the board.
 8    Q    Let me ask it this way then.  When did Dr. Johnson become
 9    superintendent?
10    A    Wow, can I take a minute here?  I think it was '99, 2000.
11    Q    Since '99 or 2000, how many times has the superintendent
12    recommended to the board that you be promoted?
13    A    Okay.  Can I delineate in my head or out loud?
14         THE COURT:  Certainly.
15   BY MR. GARCIA:
16    Q    If you would, sir, give us the year and the position.
17    A    Assistant principal to principal.  That was 2002, and
18    principal to -- middle school principal to high school
19    principal in 2006, and then principal to director in 2010.
20    Q    Excuse me for one second.  Was Dr. Johnson still the
21    superintendent in 2010?
22    A    Yes, he was.
23    Q    So he recommended you to --
24    A    It was 2009, actually 2009.
25         And then 2010, I was recommended from district
```

1  director to area director.

2  Q   What is the higher position, district or area?

3  A   They're on the same pay grade, but a district director

4  carries more weight, much more weight, being able to make

5  district decisions, where I was only limited to one area as an

6  area director.  So in --

7  Q   That was in 2010?

8  A   2010, yes.

9  Q   And was Dr. Johnson the superintendent for all four of

10  those moves?

11  A   Yes.

12  Q   Did you lose any pay in becoming a district director and

13  going to an area director?

14  A   No.

15  Q   Did you gain pay with each of the other promotions

16  Dr. Johnson recommended?

17  A   Yes.

18       MR. GARCIA:  Okay.  That's all I have.  Thank you.

19       THE COURT:  Redirect.

20                        Redirect Examination

21  BY MS. EVANS-PARE':

22  Q   I just have a few questions.

23       Do you recall what Shay Nash's areas of certification

24  to teach were from the State of Florida when he was -- when he

25  began teaching at Boca Middle?

1   A    I'm almost positive I said earlier I think he was fine

2   with science.  I didn't have to worry about -- he just had to

3   get his paperwork in, which is a very tedious process for any

4   new teacher.  But it put him in field, and I'm positive he was

5   certified in physical education only, those two areas.

6   Q    Okay.  Now, counsel asked you about when you hired these

7   new teachers after Shay Nash was excessed from Boca Middle.

8   When exactly did you hire those new teachers, do you recall?

9   A    Yeah, those would probably be during the summertime when

10  we started getting enrollments, numbers and registrations that

11  actually boosted which budget didn't calculate.  Because,

12  again, it's dysfunctional the way they do this.

13  Q    Now, you indicated you that had no documents regarding the

14  projected enrollment.  Were you talking about you have no

15  documents here with you today or that you never received any

16  documents?

17  A    Oh, no, we get printed versions from the chief financial

18  officer.  I just don't carry around the budget paperwork.

19  Q    Okay.  And why did you make Shay Nash the head boys' track

20  coach at Olympic Heights?

21  A    I felt Shay was doing a great job.  Again, our PE was

22  doing the great job.  I love the way I am.  I'm a son of a

23  basketball coach.  I was a basketball coach myself, and he did

24  a great job.  JV had a very good record.  I didn't want to

25  lose him.  We needed to excess teachers my first year, and I

1   approached him and said I'd like to make you head track coach.

2   Because according to the CTA bargaining contract, head varsity

3   coaches can step outside the years of experience and not be

4   excessed because they're considered a vital position.  Band

5   director, athletic director.  So what I was telling him is I

6   really need you to coach track, and he was a great athlete.

7   Said, I need you to coach track so I don't lose you, and he

8   said he would.

9   Q   His position of assistant JV coach would not have

10  protected him under the collective bargaining agreement?

11  A   No, JV coaches are not listed, only head varsity coaches

12  are privy to the contract language.

13  Q   So by making him the head boys' track coach, you didn't

14  have to excess him, correct?

15  A   Yes, there's a list that you provide, and you list why he

16  would be an exception because of seniority, and head track

17  coach got him out of that seniority pool where he'd lose it

18  and then I'd jump to the next certain excess them.

19          MS. EVANS-PARE':  I have no further questions, Your

20  Honor.

21          THE COURT:  You may step down.  Thank you.

22  * * * * * * * * *

23

24

25

```
1                          * * * * *

2                         I N D E X

3   Testimony of Peter Licata

4           Direct by Ms. Evans-Pare'           2

5           Cross by Mr. Garcia                 19

6           Redirect by Ms. Evans-Pare'         43

7                          * * * * *

8                        CERTIFICATE

9       I, Stephen W. Franklin, Registered Merit Reporter, and

10  Certified Realtime Reporter, certify that the foregoing is a

11  correct transcript from the record of proceedings in the

12  above-entitled matter.

13      Dated this 26th day of DECEMBER, 2012.

14

15      /s/Stephen W. Franklin
        _____
16      Stephen W. Franklin, RMR, CRR

17

18

19

20

21

22

23

24

25
```

**'**

'10 [2]  7/13 7/13
'80s [1]  14/4
'90s [2]  5/5 14/5
'94 [2]  41/20 41/20
'99 [2]  42/10 42/11
'til [1]  22/1

**-**

-v [1]  1/5

**/**

/s/Stephen [1]  46/15

**1**

10 [1]  2/14
11 [1]  7/10
11-80513-CIV-HOPKINS [1]  1/2
11-day [6]  15/9 15/16 17/1 24/22 25/14
25/17
110 [1]  13/10
1142 [1]  24/6
1187 [1]  24/7
12 [1]  7/10
1380 [2]  16/22 17/10
1492 [1]  39/9
17 [2]  16/21 16/22
19 [2]  16/21 46/5
1900 [1]  17/11
1993 [1]  41/20
1st [4]  25/16 26/5 26/14 26/14

**2**

20 [3]  1/8 20/7 20/11
20-year [1]  10/7
2000 [2]  42/10 42/11
2002 [2]  3/4 42/17
2003 [5]  9/2 13/2 25/14 26/5 26/14
2004 [15]  9/25 10/2 10/2 13/2 20/19 20/20
21/15 22/11 25/16 26/6 26/14 26/16 28/24
32/18 33/16
2004-2005 [2]  21/4 29/18
2005 [6]  9/7 13/2 20/19 20/20 21/4 29/18
2006 [6]  5/2 29/18 30/5 30/10 30/10 42/19
2007 [5]  32/14 32/15 34/3 34/9 34/10
2009 [2]  42/24 42/24
2009-'10 [1]  7/13
2010 [5]  42/19 42/21 42/25 43/7 43/8
2012 [2]  1/8 46/13
224 [1]  1/18
25 [1]  5/9
26th [1]  46/13
2800-student [1]  16/21
29 [2]  12/1 12/1

**3**

323 [1]  1/20
3300 [1]  1/20
33401 [2]  1/18 1/23
33406 [1]  1/23
3768 [1]  1/22

**4**

40 [5]  20/8 20/11 24/24 26/10 28/7
43 [1]  46/6
45 [1]  24/8

**5**

514-3768 [1]  1/22

561 [1]  1/22

**7**

701 [1]  1/23

**9**

90 [1]  13/9
900 [1]  1/18
92 [4]  23/15 27/13 27/14 27/15
94 [3]  27/14 27/14 27/15

**A**

ability [1]  21/14
able [5]  5/10 15/12 17/8 17/10 43/4
above [2]  20/7 46/12
above-entitled [1]  46/12
absolutely [5]  9/10 18/7 18/21 19/20 20/15
academic [2]  6/6 7/3
academically [1]  3/8
according [1]  45/2
account [2]  39/9 39/11
acquire [1]  18/8
action [1]  18/5
activities [5]  9/8 9/12 17/13 18/6 18/20
actual [1]  27/1
actually [16]
administrator [2]  2/17 5/5
admit [2]  16/23 21/21
admonished [1]  29/5
adult [2]  39/15 40/14
advertised [1]  8/10
after [22]
after-school [2]  39/16 39/16
again [5]  16/24 27/17 29/6 44/12 44/21
against [6]  18/6 18/23 18/25 35/11 35/13
36/15
agreed [1]  24/23
agreement [5]  13/12 13/12 13/17 19/3 45/10
ahead [3]  19/22 22/7 40/24
allegedly [1]  24/11
allocated [2]  11/19 13/6
allocation [4]  11/25 15/5 15/16 28/13
allow [2]  37/7 37/22
allowable [1]  36/8
allowed [2]  4/23 37/21
almost [4]  5/12 7/10 19/14 44/1
already [6]  15/13 23/23 24/21 25/8 27/1 30/6
also [5]  12/15 29/22 31/4 35/16 36/20
always [3]  16/7 20/21 30/23
am [2]  27/10 44/22
Amendment [2]  34/20 35/7
amongst [2]  21/4 40/3
anew [1]  3/14
animus [1]  35/8
annual [2]  14/17 14/17
another [4]  14/10 14/21 19/17 35/17
answer [12]  4/17 4/18 4/24 6/14 22/1 23/8
31/10 32/9 33/7 38/9 38/14 40/7
answered [4]  20/13 27/24 31/8 31/10
answering [1]  21/1
answers [1]  22/2
any [14]  18/12 18/19 18/22 25/19 25/23
28/14 28/21 28/25 29/1 35/8 42/6 43/12 44/3
44/15
anybody [2]  5/17 6/16
anyone [1]  18/5
anything [2]  17/17 36/10
anywhere [1]  23/4
aol.com [1]  1/24
AP [2]  10/22 22/16

apart [1]  26/15
apologize [2]  22/5 29/4
Appearances [1]  1/16
applied [2]  3/16 8/10
apply [1]  6/20
appointed [4]  5/23 5/24 6/23 6/25
appointments [2]  41/21 41/25
approach [4]  23/12 27/17 39/24 40/2
approached [3]  40/6 40/9 45/1
approve [2]  31/25 32/9
approved [3]  13/19 32/5 42/6
approximately [1]  3/3
apt [1]  31/7
area [17]
areas [3]  16/24 43/23 44/5
aren't [4]  11/23 13/24 26/25 31/7
argumentative [3]  20/12 23/5 33/6
argumentativeness [1]  33/9
around [5]  3/13 7/9 9/25 24/24 44/18
arrived [7]  10/24 29/17 29/18 30/4 30/9
31/15 31/20
ask [9]  21/10 33/11 38/15 38/16 38/17 39/2
39/3 41/14 42/8
asked [14]  11/12 18/10 20/12 27/24 31/1
31/5 31/9 33/3 37/15 38/3 38/13 40/11 41/4
44/6
asking [1]  21/6
aspirations [1]  33/18
assigned [1]  13/14
assignment [2]  5/4
assistant [13]  2/17 2/23 3/2 3/7 3/9 5/6 8/4
10/16 10/17 10/18 21/18 42/17 45/9
assisting [1]  10/22
assume [2]  30/10 37/1
athlete [1]  45/6
athletes [1]  34/24
athletic [4]  13/23 31/19 31/24 45/5
attempted [1]  18/8
attempting [2]  23/20 34/18
attending [2]  38/3 40/19
attorney [2]  38/16 38/17
August [9]  12/24 21/2 25/14 25/16 26/5
26/14 26/14 34/10 41/20
August 1st [4]  25/16 26/5 26/14 26/14
authority [1]  31/24
automatically [1]  14/13
Avenue [1]  1/18
aware [4]  17/13 17/15 18/8 18/22
away [1]  12/22

**B**

back [13]  5/5 8/17 12/1 12/18 14/4 15/12
15/15 15/21 16/2 17/6 17/11 28/7 28/9
band [2]  13/24 45/4
bargaining [8]  13/12 13/12 13/13 13/17
13/20 19/3 45/2 45/10
base [1]  12/7
Base [1]  12/7
Based [1]  25/12
basis [2]  14/17 14/17
basketball [11]  14/23 15/2 29/22 30/12 30/15
30/18 30/20 30/23 31/2 44/23 44/23
BEACH [6]  1/7 1/8 1/18 1/21 1/23 2/14
became [5]  2/17 5/6 6/1 11/16 12/16
because [27]
become [7]  6/20 7/16 8/4 8/14 11/2 33/19
42/8
becoming [1]  43/12
before [16]
began [2]  30/21 43/25
beginning [2]  26/5 26/20

**B**

being [14]  5/22 7/11 13/2 13/14 14/10 15/2
  19/9 19/12 21/13 24/12 32/18 33/11 35/12
  43/4
belief [1]  11/8
believe [1]  27/14
berated [2]  9/8 35/3
berating [3]  35/13 37/2 37/2
Bernard [1]  1/19
best [2]  18/15 21/14
big [1]  16/18
bit [1]  13/21
black [1]  34/25
blockade [1]  17/16
Blvd [1]  1/20
board [12]  1/6 2/14 13/20 28/22 34/7 35/25
  36/2 39/10 41/23 42/6 42/7 42/12
Boca [32]
body [1]  16/21
boosted [1]  44/11
boss [1]  4/5
both [3]  25/6 26/7 29/23
boundaries [4]  11/23 12/11 12/15 12/16
boys' [4]  9/15 31/23 44/19 45/13
brand [3]  16/17 22/18 23/3
breaking [1]  5/12
brief [1]  2/13
brought [2]  35/2 41/3
budget [18]
budgetary [2]  28/13 28/15
budgets [3]  11/21 12/20 15/8
build [1]  17/10
buildings [1]  12/6
built [1]  13/2

**C**

C-323 [1]  1/20
cafeteria [2]  10/23 10/24
calculate [2]  15/7 44/11
calculated [1]  15/6
called [9]  4/4 4/5 10/13 10/21 14/25 15/9
  16/17 31/10 39/15
calls [1]  38/14
came [2]  15/15 26/22
campus [5]  18/11 18/13 18/16 35/23 36/7
can't [5]  6/16 15/3 23/17 27/11 41/9
candidate [1]  4/2
capacity [1]  35/17
card [1]  41/4
career [6]  8/5 8/14 10/7 11/12 33/18 41/13
Carol [1]  4/4
carries [1]  43/4
carry [1]  44/18
case [8]  1/2 15/19 23/23 23/25 24/18 27/3
  34/20 35/15
certain [1]  13/15 13/15 45/18
Certainly [2]  40/14 42/14
CERTIFICATE [1]  46/8
certification [3]  14/1 16/24 43/23
certified [4]  11/16 22/9 44/5 46/10
certify [1]  46/10
chair [2]  3/20 6/7
change [1]  8/15
changed [5]  8/7 8/20 12/3 13/20 13/21
changes [2]  7/18 15/6
charge [2]  3/12 29/13
chart [2]  8/8 8/17
charter [8]  8/9 9/8 9/12 17/13 18/6 18/9
  18/11 18/12

charters [1]  9/17
chief [2]  6/6 7/3 44/17
children [3]  5/10 10/23 18/16
choice [4]  8/5 8/9 8/14 12/17
choose [1]  13/18
CIV [1]  1/2
claim [4]  28/10 28/13 35/7 41/3
claims [1]  25/22
classroom [1]  12/3
clear [1]  41/13
Clematis [1]  1/23
client [1]  24/16
Clinic [2]  3/20 4/3
closer [1]  3/15
coach [27]
coached [4]  30/24 30/25 31/3 34/24
coaches [5]  13/23 31/7 45/3 45/11 45/11
coaching [3]  29/22 30/21 34/13
code [1]  35/25
collaborated [1]  40/5
collective [2]  1/17 45/10
comes [1]  13/8
commented [1]  6/12
committee [2]  3/18 3/19
common [1]  14/15
community [1]  42/12
complaint [2]  34/20 36/18
complaints [2]  34/19 36/4
complete [1]  12/17
completely [1]  11/23
concluded [2]  27/16 37/8
conduct [2]  35/14 36/1
conference [8]  27/16 27/19 37/8 37/14 38/3
  38/21 39/13 39/21
confuses [1]  20/22
confusion [2]  21/4 21/6
congratulated [1]  4/5
consider [2]  10/11 17/11
considered [2]  3/1 45/4
consistently [1]  27/1
continue [5]  16/23 17/9 33/19 35/17 38/18
continued [1]  30/21
contract [6]  13/15 14/9 14/17 31/6 45/2
  45/12
contrary [1]  26/2
control [3]  35/10 36/7 39/22
conversation [2]  9/11 9/13
conversations [2]  10/5 10/6
copy [2]  23/14 23/15
correct [17]
couldn't [1]  40/7
counsel [5]  23/14 24/23 27/17 35/21 44/6
counselor [1]  41/11
count [7]  15/9 15/10 15/16 17/1 20/22 24/22
  25/14
counts [2]  25/17 26/21
county [4]  1/7 2/15 5/9 14/16
couple [1]  3/7
court [4]  1/1 1/22 6/17 27/8
Court's [1]  4/14
CPE [1]  1/22
create [1]  21/6
creates [2]  11/23 21/4
creating [2]  12/14 35/23
credibility [3]  24/12 35/16 36/20
credit [1]  41/4
Cross [3]  19/6 19/7 46/5
Cross-examination [1]  19/7
crowded [1]  10/24
CRR [2]  1/22 46/16

CTA [4]  13/12 13/13 19/2 45/2
currently [1]  9/5
curriculum [6]  2/22 2/22 7/11 7/19 10/10
  10/12

**D**

date [2]  13/15 26/17
Dated [1]  46/13
Datura [1]  1/18
days [1]  4/20
daytime [1]  39/17
deal [1]  12/22
DEBORAH [7]  1/3 17/23 21/18 38/2 38/7
  38/22 39/13
DECEMBER [1]  46/13
decided [1]  3/14
decision [8]  4/6 9/21 31/25 32/1 32/5 32/9
  34/14 36/5
decisions [2]  10/8 43/5
decrease [3]  28/11 28/24 33/12
decreasing [1]  33/4
DEFENDANT [2]  1/8 1/19
defense [2]  2/5 23/14
define [1]  23/9
definitely [1]  37/4
degree [3]  11/6 22/13 22/14
delineate [1]  42/13
demand [1]  38/24
demonstrated [1]  25/4
demotion [1]  10/11
Denanato [1]  10/21
department [7]  7/20 8/9 12/4 12/5 15/8 25/3
  28/23
depending [1]  12/21
deposition [1]  24/18
description [2]  7/25 8/1
deserved [1]  8/9
Dessler [2]  3/21 3/21
determination [2]  4/1 12/9
determined [2]  11/24 18/14
didn't [16]
Diego [1]  38/8
different [5]  3/15 7/25 8/1 15/16 39/11
difficult [2]  20/21 39/3
dinner [1]  41/8
direct [4]  2/9 25/10 35/18 46/4
directly [2]  24/11 42/1
director [24]
director's [2]  6/20 10/9
directors [1]  13/23
disagreed [1]  10/8
discussed [1]  30/17
discussing [3]  6/5 9/16 9/22
discussion [1]  40/3
dishes [1]  5/11
dissolved [1]  2/24
district [21]
document [6]  23/20 24/3 24/5 24/14 25/1
  27/8
documentary [2]  28/14 28/21
documents [6]  28/17 28/25 29/1 44/13 44/15
  44/16
DOE [3]  18/22 23/21 25/17
does [5]  12/7 13/5 13/17 14/12 13/17
doesn't [2]  24/17 26/11
doing [5]  5/11 9/17 11/7 44/21 44/22
don't [10]  27/18 28/8 28/25 29/1 29/6 34/1
  40/8 40/10 44/18 45/7
done [2]  24/4 35/19
door [1]  36/3

## D

down [4]  16/22 17/10 32/24 45/21
Dr. [14]  3/24 5/24 6/7 6/12 8/6 10/3 10/7
   16/8 41/22 41/23 42/8 42/20 43/9 43/16
Dr. Johnson [13]  3/24 5/24 6/7 6/12 8/6 10/3
   10/7 41/22 41/23 42/8 42/20 43/9 43/16
Dr. Johnson's [1]  16/8
due [3]  24/11 25/11 33/12
during [4]  12/15 30/19 30/20 44/9
dysfunctional [2]  15/7 44/12
Dysfunctionally [1]  11/20

## E

E-mail [1]  1/24
each [3]  21/24 25/20 43/15
earlier [5]  28/23 31/6 37/10 41/14 44/1
early [1]  14/4
economics [1]  22/14
ed [4]  9/18 9/19 30/21 40/14
education [15]  22/13 25/3 29/21 36/2 37/14
   38/3 38/4 38/21 38/24 39/14 39/14 39/15
   40/12 40/17 44/5
educators [1]  36/1
effort [1]  14/11
elementary [1]  18/15
elicit [1]  34/18
else [1]  14/13
Emeril's [1]  41/1
employ [1]  35/17
employee [3]  10/25 41/17 41/19
employees [2]  14/9 14/9
employment [3]  14/7 35/5 35/24
end [7]  12/10 13/11 25/13 26/18 26/23 26/24
   36/16
ending [1]  9/24
ends [1]  21/3
enough [1]  3/17
enrollment [28]
enrollments [1]  44/10
entitled [3]  25/1 25/25 46/12
ESQ [3]  1/17 1/19 1/20
established [1]  27/21
estate [1]  12/12
estimate [1]  26/19
ethics [1]  36/1
evaluation [1]  18/13
Evans [1]  20/24 46/4 46/6
Evans-Pare' [3]  1/20 46/4 46/6
even [1]  24/23
events [1]  36/9
ever [12]  9/11 10/8 13/3 14/20 16/13 17/18
   17/21 17/25 18/5 30/15 31/9 31/17
every [3]  12/1 14/11 19/14
everything [2]  3/1 8/20
evidence [7]  24/15 25/2 25/18 25/19 25/24
   26/1 27/11
exact [1]  34/1
exactly [1]  44/8
examination [3]  2/9 19/7 43/20
exception [2]  14/2 45/16
exceptions [2]  13/22 13/25
excess [12]  13/3 13/11 16/13 16/23 16/25
   18/25 32/12 34/6 36/5 44/25 45/14 45/18
excessed [30]
excessing [4]  13/5 13/6 25/4 34/25
excited [1]  36/6
excluding [1]  27/8
excuse [4]  32/23 33/3 33/4 42/20
exhibit [2]  23/15 27/13

exhibit 92 [1]  23/15
existed [1]  16/10
exiting [1]  7/19
expenses [4]  38/4 38/25 39/8 40/11
experience [2]  23/4 45/3
explain [1]  38/12
explains [1]  36/16
explanation [5]  31/11 38/15 38/15 38/16
   38/17
expression [1]  35/11

## F

faces [1]  12/6
facility [1]  16/6
fact [4]  23/3 36/13 36/14 36/19
factor [1]  27/4
factor -- I [1]  27/4
facts [1]  34/22
faculty [1]  16/6
fair [1]  35/18
false [1]  25/5
familiar [1]  24/19
familiarity [1]  16/1
family [4]  35/9 35/20 36/15 36/22
father [2]  3/10 3/14
FAU [1]  11/5
favor [1]  16/19
FCAT [2]  12/21 12/22
feat [1]  17/12
February [1]  12/20
February-March [1]  12/20
felt [9]  4/6 8/8 8/18 9/17 9/21 10/13 16/19
   17/7 44/21
few [3]  17/20 41/14 43/22
field [3]  11/15 39/18 44/4
figures [2]  23/15 26/6
filling [1]  21/3
final [2]  3/9 3/9
financial [1]  44/17
fine [1]  44/1
finished [4]  21/25 22/1 22/3 22/4
Firm [1]  1/17
first [21]  13/25 16/21 17/9 17/10 18/14 22/18
   34/20 35/7 35/22 37/3 41/16 41/17 44/25
fit [1]  16/5
five [2]  3/12 11/21
FL [2]  1/18 1/21
flat [1]  8/17
flatter [1]  8/8
flavor [1]  17/6
FLORIDA [7]  1/1 1/7 1/8 1/23 22/14 25/3
   43/24
focal [1]  17/16
focused [1]  32/2
follow [2]  19/2 41/14
follow-up [1]  41/14
following [6]  15/5 23/19 24/10 24/23 33/23
   34/17
foregoing [1]  46/10
Forest [1]  1/20
form [2]  33/9 35/10
formula [1]  13/19
forth [1]  36/2
fortunate [1]  3/17
Forty [2]  20/9 20/15
found [2]  11/13 32/7
foundation [1]  5/15
four [4]  2/20 3/12 5/2 43/9
Franklin [4]  1/22 46/9 46/15 46/16
freshman [1]  15/1

friends [4]  9/3 9/4 9/5 10/3
full [1]  2/6
fully [1]  22/4
further [2]  19/4 45/19

## G

gain [4]  13/10 20/2 20/10 43/15
gained [3]  20/6 20/8 20/11
game [1]  9/16
Garcia [6]  1/17 1/17 21/8 21/25 29/2 46/5
gave [1]  25/4
gender [1]  14/2
general [1]  20/23
Gent [1]  8/17
getting [3]  12/23 35/23 44/10
give [6]  2/13 11/8 14/20 38/14 40/7 42/16
goes [2]  20/24 24/11 35/16 36/20
going [16]
gold [1]  35/1
Goldstein [1]  3/19
good [8]  2/11 2/12 9/4 9/19 14/23 16/5 17/12
   44/24
got [8]  3/10 5/16 12/10 12/16 17/1 29/10 36/6
   45/17
grade [5]  2/25 8/2 21/23 22/10 43/3
great [9]  5/9 9/20 11/4 11/11 15/25 44/21
   44/22 44/24 45/6
grounds [2]  5/20 35/18
growing [2]  14/16 18/14
guess [2]  23/21 28/6

## H

habit [1]  22/2
Hague [1]  3/20
hall [1]  35/2
hallway [1]  35/2
hand [1]  2/4
handful [1]  10/6
handled [1]  11/3
happen [1]  28/5
happened [1]  34/23
happens [1]  14/6
happy [2]  34/1 37/25
hard [1]  26/21
hardships [1]  11/23
Harvey [1]  3/19
hasn't [2]  5/17 13/20
haven't [2]  14/14 25/23
having [1]  9/11
he'd [2]  30/18 45/17
he's [21]
head [10]  31/7 31/22 31/23 42/13 44/19 45/1
   45/2 45/11 45/13 45/16
heading [1]  9/15
headquarters [1]  41/18
hear [5]  6/15 17/18 17/21 17/25 18/5
hearings [1]  18/23
hearsay [5]  4/8 5/14 5/20 6/10 16/3
Heights [27]
Heights' [1]  18/11
held [3]  23/19 27/19 34/17
help [3]  5/10 10/23 19/17
here [10]  11/8 11/13 12/19 15/3 23/24 25/13
   28/17 28/17 42/10 44/15
Hernandez [3]  6/6 7/1 7/18
high [14]  2/20 5/5 5/24 6/4 6/7 13/23 16/9
   18/16 29/9 30/9 33/19 33/22 42/1 42/18
higher [1]  43/2
highest [1]  5/8
highly [1]  35/15

## H

Hill [1]  1/20
himself [1]  11/3
hire [8]  14/11 15/3 15/13 22/19 24/6 25/6
27/22 44/8
hired [11]  11/17 14/10 15/13 15/20 19/16
29/14 29/16 29/17 29/20 29/21 44/6
hiring [1]  28/4
history [1]  2/13
Hobe [1]  3/15
home [1]  3/15
honest [1]  40/7
Honor [19]
HONORABLE [1]  1/13
HOPKINS [2]  1/2 1/13
human [1]  3/22
hundred [1]  13/8
hung [1]  5/12
husband [3]  8/22 37/12 38/2

## I

I'd [3]  11/13 45/1 45/18
I'll [10]  5/19 11/14 13/7 23/10 27/3 27/4 34/7
37/22 37/25 40/22
I'm [23]
I've [2]  10/6 29/5
idea [1]  39/24
ill [1]  3/10
impeachment [5]  24/21 24/25 27/2 35/18
37/16
important [1]  11/9
improper [3]  24/20 24/24 37/16
includes [1]  24/3
incoming [1]  6/7
inconsistent [1]  37/6
increase [5]  17/9 23/24 25/7 26/7 26/9
increased [8]  24/7 24/9 24/22 25/5 25/9
33/23 34/2 34/10
independently [1]  31/25
indicate [1]  13/17
indicated [2]  9/7 44/13
inform [3]  19/9 19/12 32/17
information [1]  34/19
informed [1]  21/12
initially [1]  35/10
inquiry [2]  37/22 41/11
insurance [3]  2/23 7/7 7/17
interest [1]  18/15
interim [4]  8/7 8/15 8/16 8/16
interim-interim [1]  8/16
interview [3]  3/18 3/19 3/24
interviewed [1]  8/11
introduce [2]  24/14 27/11
introduced [2]  22/17 25/18
involved [1]  41/22
irrelevant [1]  5/18
Isidro [1]  1/17
isn't [7]  26/1 28/17 33/23 36/13 37/13 38/1
38/13
issue [2]  23/22 36/6
issues [1]  35/24
it's [27]

## J

J.C [2]  18/8 18/20
JAMES [2]  1/13 17/25
Jeffrey [3]  6/6 7/1 7/18
job [13]  3/5 3/16 5/16 7/25 8/1 10/9 14/21
17/4 19/17 29/9 44/21 44/22 44/24

Johnson [14]  3/24 5/24 6/7 6/12 8/6 10/3
10/7 17/20 41/22 41/23 42/8 42/20 43/9
43/16
Johnson's [1]  16/8
JUDGE [15]  1/14 5/18 24/3 25/2 25/18 26/3
26/23 27/8 29/4 33/2 34/7 34/22 36/14 37/20
40/23
Judith [2]  3/20 4/3
July [3]  1/8 9/7 12/24
jump [1]  31/2
jumping [1]  22/2
June [4]  7/9 7/10 12/24 21/3
Jupiter [1]  3/15
jury [2]  1/12 25/2
just [17]
JV [10]  15/1 29/23 30/1 30/1 30/2 30/18 31/2
44/24 45/9 45/11

## K

Kathy [2]  15/20 29/15
keep [2]  15/4 23/18
kept [3]  5/12 8/20 8/20
kids [1]  31/3
knew [3]  16/5 16/6 33/18
knock [1]  12/5
know [17]
knowledge [2]  11/10 18/19
known [2]  9/1 12/24
knows [1]  24/17

## L

L-i-c-a-t-a [1]  2/8
laid [3]  26/5 26/16 34/3
landed [1]  10/9
language [1]  45/12
last [5]  2/7 2/14 2/24 13/25 19/15
late [2]  12/24 14/4
later [5]  26/7 26/8 26/9 34/10 37/5
laterally [2]  2/22 7/21
law [2]  1/17 36/8
lawsuit [2]  18/9 18/23
laying [1]  5/15
layoff [1]  14/14
lead [1]  10/17
leader [1]  8/21
leadership [4]  2/25 7/18 8/15 16/8
leagues [1]  14/23
learned [2]  14/13 34/24
least [1]  20/11
left [6]  3/11 6/1 8/18 17/11 35/4 36/16
less [1]  32/2
let [5]  13/14 23/11 33/11 38/12 42/8
let's [1]  12/25
letters [1]  35/1
LICATA [12]  1/11 2/3 2/5 2/8 2/11 22/3
27/21 35/2 36/7 36/11 37/10 46/3
lie [1]  25/5
light [1]  35/18
limited [2]  37/22 43/5
lines [1]  39/12
lingo [1]  34/7
list [2]  45/15 45/15
listed [1]  45/11
listen [1]  19/15
listened [1]  11/11
little [1]  13/21
location [1]  3/15
long [3]  4/19 7/4 9/1
looking [1]  11/12 18/17
lose [7]  19/24 20/2 31/6 43/12 44/25 45/7

45/17
losing [2]  15/4 19/15
loss [3]  24/11 25/11 25/19
lost [4]  3/14 13/9 16/22 17/6
lot [4]  9/19 16/19 17/7 17/7
loud [2]  42/13
love [1]  44/22
loved [1]  31/2
lower [1]  19/25
lowest [2]  5/9 13/25
LuAnn [1]  3/20
luck [1]  28/6

## M

MAGISTRATE [1]  1/14
mail [1]  1/24
making [3]  21/9 26/19 45/13
Malone [2]  8/7 8/13
manager [2]  39/23 40/12
March [1]  12/20
Mark [1]  3/22
marketer [1]  17/8
marketing [1]  17/7
massive [1]  14/14
master [1]  12/6
master's [1]  11/5
matter [2]  11/10 46/12
May 2007 [1]  34/3
me [15]  3/13 4/5 4/6 8/18 9/19 10/9 16/2
18/10 23/11 32/3 33/11 38/12 41/22 42/8
42/20
mean [4]  13/5 17/19 23/9 23/17
means [3]  13/6 23/8 39/15
meeting [5]  6/4 6/4 6/5 6/8 6/9
members [1]  16/19
membership [1]  23/21
memorization [1]  21/14
mentioned [3]  17/20 22/13 41/21
Merit [1]  46/9
mid [1]  13/16
middle [39]
might [1]  19/17
minute [1]  42/10
minutes [1]  42/6
misconstruing [2]  34/4 35/22
Missouri [1]  3/10
mistaken [2]  29/19 31/23
Mitchell [2]  18/9 18/20
moment [2]  38/12 40/22
monitor [1]  10/23
month [1]  32/15
months [9]  3/13 7/10 11/21 26/7 26/8 26/9
26/17 26/23 34/10
morning [2]  2/11 2/12
most [1]  16/6
mostly [2]  2/19 13/22
move [3]  3/14 3/14 16/3 19/16 33/2 42/1
moved [9]  2/19 2/22 3/2 7/6 7/21 15/23 15/25
16/9 33/1
moves [2]  41/13 43/10
moving [3]  3/8 4/23 10/11
Mr [1]  46/5
Mr. [17]
Mr. and [1]  40/20
Mr. Garcia [3]  21/8 21/25 29/2
Mr. Licata [7]  2/11 22/3 27/21 35/2 36/7
36/11 37/10
Mr. Nash [6]  15/19 26/6 28/6 35/13 35/23
36/10
Mrs. [1]  40/20

**M**

Mrs. Nash-Utterback [1]  40/20
Ms [2]  46/4 46/6
Ms. [5]  3/21 4/12 14/25 22/16 37/11
Ms. Dessler [1]  3/21
Ms. Nash-Utterback [2]  22/16 37/11
Ms. Perry [1]  14/25
Ms. Shattler [1]  4/12
much [2]  13/20 43/4
multiple [1]  3/10
myself [1]  44/23

**N**

name [2]  2/6 2/7
named [1]  28/23
names [1]  10/19
NASH [62]
Nash's [4]  24/12 34/19 34/24 43/23
NASH-UTTERBACK [5]  1/3 21/18 38/2
38/22 39/13
need [6]  11/15 27/18 32/8 34/16 45/6 45/7
needed [1]  44/25
Negative [1]  30/14
negatively [3]  17/19 17/21 17/25
never [7]  17/6 17/24 23/1 30/24 30/25 31/1
44/15
new [23]
next [10]  2/2 2/3 4/23 11/22 13/9 13/10 21/3
25/15 26/14 45/18
nice [1]  16/18
night [3]  5/11 10/18 39/15
nighttime [1]  10/22
no [61]
nonresponsive [1]  33/2
noticed [2]  11/8 11/10
number [6]  20/9 24/24 25/13 25/16 27/13
39/9
number 92 [1]  27/13
numbers [10]  12/23 13/7 17/2 19/15 26/20
26/22 27/2 33/25 34/1 44/10

**O**

oath [1]  40/7
object [1]  31/11
objection [20]
objective [2]  25/2 25/23
obligation [1]  14/11
occurred [1]  9/23
off [5]  26/5 26/16 27/19 34/3 36/25
office [3]  10/13 12/12 19/18
officer [4]  4/13 6/6 7/3 44/18
Official [1]  1/22
Oh [4]  8/3 18/21 39/20 44/17
okay [28]
Olympic [28]
once [2]  15/17 38/7
one [15]  4/24 5/11 7/5 18/12 19/15 20/23
21/3 26/14 27/13 30/8 31/7 32/2 42/3 42/20
43/5
only [8]  13/8 24/8 37/13 38/1 42/3 43/5 44/5
45/11
open [2]  18/13 36/3
opened [2]  12/13 16/18
opening [5]  7/20 12/13 14/24 15/1 16/16
openings [1]  16/2
opportunity [3]  14/20 15/14 16/10
order [1]  12/14
org [1]  8/8
organization [1]  8/8

organizational [1]  8/17
Orleans [6]  37/15 38/5 38/22 39/21 39/25
40/19
our [15]  5/8 7/3 9/20 10/18 11/21 11/22 12/4
12/20 15/11 18/13 18/16 28/6 36/9 42/4
44/21
out-of-field [1]  11/15
outside [2]  17/17 18/6
over [8]  3/11 10/7 12/17 13/21 14/13 15/11
16/23 20/24
Overruled [6]  16/4 20/14 23/6 27/25 28/19
29/25
overview [1]  2/13
own [1]  35/10

**P**

P.A [1]  1/17
paid [3]  39/8 40/17 41/8
PALM [6]  1/6 1/18 1/21 1/23 2/14
panel [1]  3/24
paperwork [2]  44/3 44/18
Pare' [3]  1/20 46/4 46/6
part-time [1]  10/25
pay [9]  2/25 8/2 37/15 38/4 38/24 40/11 43/3
43/12 43/15
PE [4]  14/22 15/1 33/1 44/21
people [3]  8/19 19/16 20/23
per [2]  12/1 13/11
period [2]  12/19 35/5
permanent [1]  8/16
permitted [2]  6/14 36/3
Perry [3]  14/25 15/20 29/15
person [6]  3/12 5/13 9/18 9/19 13/25 15/2
personal [4]  10/5 10/6 18/19 35/24
Pete [2]  10/21 10/21
PETER [5]  1/11 2/3 2/5 2/8 46/3
phonetic [3]  3/21 4/4 10/21
Phys [1]  30/21
Phys-Ed [1]  30/21
physical [5]  11/6 11/7 22/13 29/21 44/5
pick [1]  28/5
placed [3]  14/12 14/18 15/17
placements [1]  42/6
places [1]  15/13
PLAINTIFF [11]  1/4 1/17 8/22 9/7 9/11
17/21 17/22 18/6 19/1 28/17 34/18
Plaintiff's [6]  10/15 17/13 23/15 27/14 27/15
35/21
Plaintiff's 92 [2]  27/14 27/15
planning [1]  18/5
play [2]  16/24 31/3
played [1]  14/23
playoff [1]  9/16
please [5]  2/4 2/6 2/7 15/3 37/23
pocket [1]  37/19
point [7]  11/2 17/16 26/11 29/10 34/14 36/23
36/24
policy [2]  35/25 42/5
pool [1]  45/17
populate [1]  12/14
population [3]  13/9 13/10 20/23
position [21]
positive [2]  44/1 44/4
potential [2]  14/10 18/11
practice [1]  28/8
pressure [1]  36/11
pretty [2]  21/20 34/12
previously [1]  4/14
principal [37]
principal's [1]  3/10

principals [5]  5/25 6/4 6/5 6/7 11/21
principalship [3]  4/2 5/23 6/2
printed [1]  44/17
prior [6]  16/18 18/9 18/23 25/13 30/11 36/5
privy [1]  45/12
probably [4]  20/6 24/24 29/17 44/9
proceedings [4]  1/12 23/19 34/17 46/11
process [2]  16/7 44/3
professional [2]  14/9 36/1
proffer [1]  27/4
prohibited [1]  34/21
projected [4]  12/11 17/2 25/19 44/14
projection [6]  12/10 15/11 19/25 25/23 28/15
28/22
projections [5]  12/4 25/12 26/12 26/25 28/11
prominent [1]  17/5
promoted [2]  2/18 2/21 2/23 42/12
promotion [1]  10/14
promotions [3]  41/21 41/23 43/15
proof [3]  25/23 28/14 28/21
protected [1]  45/10
protests [1]  35/23
provide [3]  28/17 28/18 45/15
provided [1]  33/15
pseudo [1]  5/5
pseudo-administrator [1]  5/5
put [2]  25/1 44/4
pyramid [1]  8/18

**Q**

quality [3]  2/23 7/7 7/16
question [13]  4/21 4/23 19/11 19/21 20/1
22/4 22/4 31/9 33/9 37/23 38/9 38/13 39/3
questions [6]  19/5 21/10 31/1 41/14 43/22
45/19
quickly [1]  22/2
quite [2]  3/8 22/6
quote [1]  6/8

**R**

race [5]  14/3 23/22 23/22 23/25 24/1
raise [1]  2/4
rallied [1]  3/13
ran [1]  36/25
random [1]  13/7
rapport [1]  11/4
rare [1]  15/17
rarely [1]  14/12
rather [1]  17/8
Raton [11]  2/18 3/16 10/16 11/14 21/17
22/10 22/20 28/12 28/24 33/5 33/16
re [1]  24/16
re-call [1]  24/16
reading [1]  5/8
real [2]  12/12 17/16
realize [1]  12/15
reallocated [1]  12/18
really [7]  5/10 11/13 11/25 14/22 29/22
38/13 45/6
Realtime [1]  46/10
reason [3]  24/12 25/4 33/15
reasons [1]  36/5
recall [6]  9/11 17/3 17/4 40/19 43/23 44/8
receive [1]  3/17
received [4]  5/10 5/11 8/11 44/15
recommend [2]  41/25 42/6
recommendations [1]  32/3
recommended [6]  41/23 42/3 42/12 42/23
42/25 43/16
recommends [1]  42/4

**R**

record [5]  2/7 27/8 27/19 44/24 46/11
records [1]  24/17
Redirect [3]  43/19 42/20 46/6
reduction [1]  12/3
reference [1]  14/20
refrain [1]  21/9
regard [2]  9/8 18/20
regarding [1]  44/13
Registered [1]  46/9
registrations [2]  12/23 44/10
reinvigorate [1]  17/5
related [1]  34/19
relationship [4]  11/4 11/9 11/11 36/22
release [2]  15/18 15/20
relevance [6]  5/14 6/10 29/24 40/21 40/22
 41/5
relevant [2]  35/7 35/15
relying [1]  26/4
remember [2]  9/13 9/14
remembers [1]  5/16
remove [1]  31/17
removed [5]  30/12 30/15 30/19 31/19 32/7
reorg [1]  7/19
repeat [3]  4/21 19/11 37/23
repeatedly [1]  29/5
rephrase [1]  34/7
replacement [1]  25/6
Reporter [4]  1/22 1/22 46/9 46/10
reporting [1]  8/19
resources [1]  3/22
responsibilities [4]  2/25 7/22 8/18 8/21
restaurant [1]  40/19
retaliate [1]  18/25
retaliated [2]  35/11 35/13
retaliation [1]  36/15
retire [1]  33/19
return [1]  30/18
rid [1]  12/16
right [12]  2/4 20/6 22/6 22/9 25/13 26/12
 26/18 27/3 27/9 29/16 34/3 38/19
riled [1]  36/11
RMR [2]  1/22 46/16
ruled [1]  4/14
rules [1]  36/2
run [1]  32/3

**S**

SAC [1]  3/20
same [13]  3/1 7/22 8/2 8/18 8/21 20/7 20/10
 32/17 32/23 33/3 33/4 33/15 43/3
San [1]  38/7
saw [2]  35/1 35/2
say [6]  2/14 19/15 20/7 20/21 21/3 28/6
schedules [1]  12/6
school [83]
school's [1]  39/11
schools [8]  9/9 11/19 17/14 18/12 18/17
 25/20 26/7 32/20
science [12]  11/16 21/22 21/23 22/9 22/10
 22/17 22/19 24/7 27/23 28/4 33/1 44/2
scores [1]  5/8
seat [1]  15/11
second [1]  42/20
secondary [1]  2/22
seeing [1]  12/6
seen [1]  25/23
select [1]  4/1
selected [2]  5/22 8/12

send [1]  15/21
seniority [8]  13/22 13/22 16/24 22/18 22/23
 22/25 45/16 45/17
service [2]  14/9 31/2
set [1]  36/2
several [2]  39/11 41/21
SFranklinUSDC [1]  1/24
Shattler [2]  4/4 4/12
Shawntoyia [1]  1/19
Shay [47]
she's [2]  4/9 9/17
shirt [3]  34/25 34/25 35/4
should [2]  9/21 36/3
show [4]  23/11 24/9 25/2 26/7
shown [1]  24/4
shows [1]  24/5
sic [1]  28/17
sidebar [7]  23/16 23/19 27/16 27/19 34/16
 34/17 37/8
similar [1]  16/16
simple [1]  38/9
simply [4]  17/4 21/7 21/12 36/7
since [5]  9/2 12/2 12/3 16/5 42/11
sir [9]  20/8 20/18 21/12 23/8 23/11 29/7
 37/13 39/8 42/16
sitting [1]  15/10
situation [1]  35/22
six [1]  11/21 26/22
sixth [1]  21/23 22/10
size [1]  12/3
small [1]  10/24
smaller [1]  18/16
somebody's [1]  14/2
someday [1]  33/19
someone [1]  14/12
something [3]  11/7 11/7 15/9
sometimes [3]  11/9 11/24 15/5
somewhat [2]  2/21 17/15
somewhere [3]  7/9 7/10 14/13
son [4]  8/24 10/15 22/19 44/22
sorry [5]  4/11 4/19 27/6 31/8 34/6
sort [1]  10/17
Sound [1]  3/16
sour [1]  37/2
soured [5]  36/23 36/24 37/1 37/3 37/4
south [1]  4/3
SOUTHERN [1]  1/1
space [1]  18/11
spanking [2]  23/3 23/9
speak [3]  17/18 17/21 17/25
special [1]  14/1
specific [2]  18/12 20/1
specifically [4]  9/13 9/14 34/19 35/9
spell [1]  2/7
spoke [1]  31/6
sports [2]  11/7 32/2
spot [1]  14/13
staff [1]  3/13
staffing [1]  11/19
start [2]  3/14 12/23
started [3]  24/22 34/25 44/10
starts [1]  15/6 21/2
state [3]  2/6 36/2 43/24
stated [1]  24/12
statement [4]  4/13 21/8 26/1 29/2
statements [1]  21/9
states [3]  1/1 1/14 13/12
statistics [1]  25/3
stay [1]  20/10
stayed [1]  9/21

Stenner [1]  3/22
step [3]  17/16 45/3 45/21
Stephen [5]  1/22 27/18 46/9 46/15 46/16
still [8]  21/1 26/11 26/25 27/4 27/7 36/15
 39/18 42/20
stop [1]  35/3
stopped [2]  30/25 31/2
Street [1]  1/23
strike [4]  12/7 16/3 19/23 33/2
strong [1]  9/18
student [2]  16/21 34/24
students [24]
students' [1]  35/14
style [1]  31/3
subject [1]  11/10
successful [6]  2/19 2/21 5/7 5/8 16/8 17/5
such [1]  10/23
Suite [2]  1/18 1/20
summer [2]  12/17 30/10
summertime [1]  44/9
superintendent [18]
superintendents [2]  17/19 41/24
supervise [1]  15/23
support [1]  9/17
supported [2]  9/20 35/16
sure [2]  21/20 34/12
survey [1]  23/22
sustain [2]  5/19 33/8
sustained [6]  4/15 6/11 6/13 31/12 41/6
 41/10
sworn [1]  2/5

**T**

t-shirt [1]  35/4
take [3]  3/11 18/5 42/10
taken [2]  1/12 14/4
talk [2]  36/4 40/4
talking [12]  12/19 12/25 13/1 20/4 23/24
 25/17 26/4 26/8 26/9 34/21 35/6 44/14
teach [2]  11/13 43/24
teacher [20]
teachers [24]
teaching [1]  43/25
team [4]  2/19 30/22 30/24 30/25
tedious [1]  44/3
telephone [1]  28/5
tell [6]  6/16 18/10 21/12 33/11 41/8 41/22
telling [1]  45/5
tells [1]  15/8
tenure [2]  30/19 30/20
tenured [1]  14/8
terminate [1]  32/5
testified [14]  5/17 18/22 21/21 22/16 23/23
 24/21 25/8 25/10 25/15 25/21 25/22 27/1
 37/10 41/13
testify [1]  23/21
testimony [1]  1/11 28/18 34/4 35/19 37/6
 46/3
Thank [4]  19/4 32/11 43/18 45/21
that's [13]  10/9 14/10 15/22 18/17 21/8 22/6
 25/24 29/2 35/4 35/7 36/9 39/11 43/18
themselves [1]  8/10
therapy [1]  11/7
there's [4]  14/14 15/14 26/9 45/15
they're [8]  12/5 14/8 14/8 15/17 23/24 26/19
 43/3 45/4
they've [1]  35/6
things [4]  9/20 31/7 35/19 36/21
think [24]
those [8]  8/9 26/20 26/22 35/3 43/10 44/5

**T**

those... [2]  44/8 44/9
three [13]  3/7 4/19 10/17 14/8 14/13 14/17
  26/6 26/8 26/9 26/17 32/20 34/10 37/4
three-year [1]  14/17
through [2]  2/25 17/7
tie [1]  40/22
times [4]  3/10 17/8 25/6 42/11
title [1]  8/20
today [1]  44/15
together [1]  14/24
told [4]  5/17 5/22 19/19 35/3
too [4]  4/7 8/19 13/24 22/2
took [3]  12/22 38/5 40/15
total [4]  24/3 24/5 24/6 24/9
towards [1]  35/8
track [17]
transcript [2]  1/11 46/11
transition [3]  6/5 7/8 8/6
travel [4]  37/19 38/5 38/21 39/8
traveled [5]  37/10 37/13 37/20 38/1 38/7
TRIAL [1]  1/12
tried [2]  35/17 36/11
trip [2]  39/25 40/14
true [10]  5/6 9/9 20/8 23/4 33/20 33/23 34/14
  37/13 38/1 38/13
try [3]  11/14 19/16 28/8
trying [1]  36/7
twice [1]  38/7
two [14]  3/20 15/9 16/18 20/24 22/17 22/19
  24/6 27/22 28/4 30/11 31/1 31/21 32/20 44/5
type [1]  35/8

**U**

under [6]  14/8 16/7 36/8 40/7 42/4 45/10
undergraduate [1]  11/6
understand [1]  5/12
understanding [1]  12/6
Unfortunately [1]  15/12
unhappy [1]  35/12
unit [3]  13/13 13/13 13/20
UNITED [2]  1/1 1/14
units [1]  15/4
University [1]  22/14
unless [2]  13/25 14/14
until [2]  21/25 22/3
upon [1]  26/4
us [9]  2/13 6/16 12/22 15/8 20/22 21/12 40/3
  41/8 42/16
used [4]  24/18 32/23 33/3 33/4
usually [3]  12/20 13/16 13/25
UTTERBACK [9]  1/3 18/1 21/18 22/16
  37/11 38/2 38/22 39/13 40/20

**V**

varsity [3]  29/23 45/2 45/11
verbally [1]  19/19
version [2]  36/9 36/10
versions [1]  44/17
very [22]
Vicki [1]  1/20
violation [2]  35/25 35/25
vital [1]  45/4
vocal [1]  16/2
volleyball [1]  9/15

**W**

wait [3]  21/24 22/1 22/3
want [12]  12/21 20/25 21/7 24/8 24/8 24/14

25/16 27/4 27/7 27/12 27/17 44/24
wanted [4]  14/22 18/13 29/22 32/7
wanting [1]  16/2
wants [3]  36/3 38/16 38/17
wasn't [8]  3/24 10/14 17/15 17/16 17/16
  18/12 30/19 41/13
Wayne [1]  8/16
we'll [1]  11/24
we're [4]  19/15 26/4 26/8 26/8
we've [5]  17/19 20/4 27/21 34/21 39/15
wearing [2]  34/25 35/4
weeks [2]  15/9 30/11
weight [2]  43/4 43/4
welcome [1]  4/25
well [16]
went [8]  3/13 5/7 8/17 16/20 16/21 27/22
  28/4 28/7
west [7]  1/8 1/18 1/21 1/23 3/23 16/17 16/17
whatever [1]  28/22
whatsoever [1]  22/18
whence [1]  15/15
where [9]  2/20 9/13 12/21 12/25 13/8 14/8
  30/19 43/5 45/17
whether [3]  18/22 30/18 35/8
while [2]  5/11 14/15
who's [1]  15/14
whoever [1]  42/5
whom [1]  40/6
why [5]  16/15 35/1 36/16 44/19 45/15
wife [2]  38/6 40/15
William [2]  8/7 8/13
withdraw [1]  23/10
within [4]  14/16 20/7 31/1 32/20
witness [6]  2/2 2/3 2/5 23/21 24/21 34/5
won [1]  9/16
wonderful [4]  15/3 35/19 36/21 36/22
words [1]  19/19
work [3]  2/13 11/14 11/17
worked [1]  23/1
working [2]  10/25 11/5
worry [1]  44/2
wouldn't [1]  40/10
Wow [1]  42/10

**Y**

Yeah [5]  7/15 12/11 20/9 34/12 44/9
year [58]
years [13]  2/14 2/21 3/8 5/2 13/21 14/8 14/13
  20/21 20/24 31/21 32/21 37/5 45/3
yes [59]
you're [12]  4/23 6/13 11/12 13/1 13/6 14/12
  19/15 21/9 21/25 22/3 25/17 28/6
you've [1]  17/20